ACCEPTED
DALLAS COUNTY
FIFTH COURT OF APPEALS
DALLAS TEXAS
DISTRICT CLERK
LISA MATZ
CLERK

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
11/23/2015 3:09:44 PM
LISA MATZ
Clerk

Bridgette Vation

CAUSE NO. 15-05455

| | | |
|---|---|---|
| COURTNEY COX, | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | OF DALLAS COUNTY, TEXAS |
| | § | |
| ACE CASH EXPRESS, INC. | § | |
| AND JAMES MEDEIROS, | § | |
| | § | |
| Defendants. | § | 95TH JUDICIAL DISTRICT |

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF THE DISTRICT COURT:

Under Section 51.016[1] of the Texas Civil Practice and Remedies Code and Texas Rule of Appellate Procedure 26.1(b), Defendant Ace Cash Express, Inc. hereby gives notice that it is appealing Court's Order denying its Motion to Compel Arbitration and Brief in Support signed on November 10, 2015. This accelerated appeal is taken to the Fifth Court of Appeals in Dallas, Texas.

Dated: November 20, 2015.

---

[1] The Court held that this matter is governed by the Federal Arbitration Act. However, in the event the Texas Arbitration Act is found to apply, Defendant Ace Cash Express alternatively gives notice of this appeal under Texas Civil Practice and Remedies Code § 171.098(a)(1) and/or asks that the Court consider this appeal as a petition for mandamus from the Court's Order denying its Motion to Compel Arbitration.

NOTICE OF APPEAL – PAGE 1

Respectfully submitted,

By: /s/ Ryan K. McComber
      Ryan K. McComber
      State Bar No. 24041428
      ryan.mccomber@figdav.com
      Amber D. Reece
      State Bar No. 24079892
      amber.reece@figdav.com

901 Main Street, Suite 3400
Dallas, Texas 75202-3796
(214) 939-2000 – Telephone
(214) 939-2090 – Facsimile

Jennifer McCollum
State Bar No. 24053617
jmccollum@acecashexpress.com
ACE Cash Express, Inc.
1231 Greenway Drive, Suite 600
Irving, Texas 75038
(972) 550-5000 – Telephone
(972) 582-1426 – Facsimile

ATTORNEYS FOR DEFENDANT
ACE CASH EXPRESS, INC.

## CERTIFICATE OF SERVICE

I certify that this instrument was served on all counsel of record via Texas e-file, on November 20, 2015

/s/ Amber D. Reece
Amber D. Reece